ERIC J. NIMS TRUSTEE
P.O. BOX 873
LINDEN, CA  95236
209-887-3585

UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF  CALIFORNIA
SACRAMENTO  DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SHEARER, DONALD JOE | § | Case No. 14-28077 |
| SHEARER, BARBARA GAIL | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ERIC J. NIMS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 219,447.10 *(Without deducting any secured claims)* | Assets Exempt: 217,513.70 |
| Total Distributions to Claimants: 856.00 | Claims Discharged Without Payment:  46,678.42 |
| Total Expenses of Administration: 344.00 | |

3) Total gross receipts of $ 1,200.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,200.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 218,900.03 | $ 20,273.98 | $ 20,273.98 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 344.00 | 344.00 | 344.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,923.94 | 35,129.27 | 35,129.27 | 856.00 |
| **TOTAL DISBURSEMENTS** | $ 265,823.97 | $ 55,747.25 | $ 55,747.25 | $ 1,200.00 |

4) This case was originally filed under chapter 7 on 08/08/2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/22/2015         By:/s/ERIC J. NIMS TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Honda Accord Location: 1719 Carignane Way, Es | 1129-000 | 1,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,200.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance PO Box 24696 Columbus, OH 43224 | | 184,003.36 | NA | NA | 0.00 |
| | Honda Financial Services PO Box 5025 San Ramon, CA 94583-0925 | | 20,694.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Prudential Retirement PO Box 8000 Millville, NJ 08332 | | 14,202.10 | NA | NA | 0.00 |
| 000002 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 20,273.98 | 20,273.98 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 218,900.03 | $ 20,273.98 | $ 20,273.98 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC J. NIMS TRUSTEE | 2100-000 | NA | 300.00 | 300.00 | 300.00 |
| ERIC J. NIMS TRUSTEE | 2200-000 | NA | 23.00 | 23.00 | 23.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 1.00 | 1.00 | 1.00 |
| ASSOCIATED BANK | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 344.00 | $ 344.00 | $ 344.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | 11,684.15 | NA | NA | 0.00 |
| | Les Schwab PO Box 5350 Bend, OR 97708 | | 721.00 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 10,387.83 | 10,597.63 | 10,597.63 | 258.23 |
| 000004 | CAVALRY SPV I, LLC, ASSIGNEE OF CAP | 7100-000 | 16,640.42 | 16,917.02 | 16,917.02 | 412.22 |
| 000003 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 7,490.54 | 7,614.62 | 7,614.62 | 185.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 46,923.94 | $ 35,129.27 | $ 35,129.27 | $ 856.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No:        14-28077    RSB   Judge: ROBERT S. BARDWIL | Trustee Name: | ERIC J. NIMS TRUSTEE |
| Case Name:   SHEARER, DONALD JOE | Date Filed (f) or Converted (c): | 08/08/14 (f) |
|                          SHEARER, BARBARA GAIL | 341(a) Meeting Date: | 10/06/14 |
| For Period Ending:  10/22/15 | Claims Bar Date: | 01/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence Location: 1719 Carignane W | 255,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Bank of the West Account No.: xxx | 2,469.54 | 0.00 | | 0.00 | FA |
| 3. Standard Household Goods and Furnishings including | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. Clothing Location: 1719 Carignane Way, Escalon CA | 150.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry - Misc. Costume Jewelry, Wedding Ring Loca | 500.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance Through Work Policy Amount: $4 | 0.00 | 0.00 | | 0.00 | FA |
| 7. AD&D Through Work Policy Amount: $42,000.00 No Cas | 0.00 | 0.00 | | 0.00 | FA |
| 8. Short Term Disability Through Work Policy Amount: | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Through Work - Paid by Employe | 0.00 | 0.00 | | 0.00 | FA |
| 10. Long Term Disability Through Work - Paid by Employ | 0.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Through Work - Paid by Employe | 0.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance Through Work Policy Amount: $5 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Western Conference of Teamsters Pension Trust Prud | Unknown | Unknown | | 0.00 | FA |
| 14. Teichert, Inc. Retirement Savings Plan Prudential | 148,988.26 | 0.00 | | 0.00 | FA |
| 15. 2003 Honda Accord Location: 1719 Carignane Way, Es | 4,122.00 | 1,200.00 | | 1,200.00 | FA |
| 16. 2013 Honda Ridgeline RT Pickup Location: 1719 Cari | 25,253.00 | 4,558.43 | | 0.00 | FA |
| 17. Garden & Misc. Tools Location: 1719 Carignane Way, | 300.00 | 0.00 | | 0.00 | FA |
| 18. Storage Unit Escalon Contents: Misc Household Item | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $438,182.80        $5,758.43        $1,200.00        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 14-28077    RSB    Judge: ROBERT S. BARDWIL | Trustee Name: ERIC J. NIMS TRUSTEE |
| Case Name: SHEARER, DONALD JOE | Date Filed (f) or Converted (c): 08/08/14 (f) |
| SHEARER, BARBARA GAIL | 341(a) Meeting Date: 10/06/14 |
| | Claims Bar Date: 01/12/15 |

10/7/14: Trustee receives payment for 2003 Honda as full settlement.

12/14/14: Trustee is working on TFR and wrap-up administration.

2/24/15: TFR submited.

Initial Projected Date of Final Report (TFR): 08/31/15     Current Projected Date of Final Report (TFR): 08/31/15

Case 14-28077   Filed 11/05/15   Doc 25

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-28077 -RSB | | Trustee Name: | ERIC J. NIMS TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SHEARER, DONALD JOE | | Bank Name: | ASSOCIATED BANK |
| | SHEARER, BARBARA GAIL | | Account Number / CD #: | *******2899 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3991 | | | |
| For Period Ending: | 10/22/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/14 | 15 | DONALD JOE SHEARER<br>1719 CARIGNANE WAY<br>ESCALON, CA 95320 | Asset Buy-Back<br>Sale of bankrutpcy estate's interest in an asset to debtor. | 1129-000 | 1,200.00 | | 1,200.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,190.00 |
| 01/08/15 | 300001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND #016048575<br>TERM: 1/1/15 TO 1/1/16 | 2300-000 | | 1.00 | 1,189.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,179.00 |
| * 07/28/15 | 300002 | ERIC J. NIMS TRUSTEE<br>P.O. BOX 873<br>LINDEN, CA 95236 | Chapter 7 Compensation/Fees | 2100-003 | | 300.00 | 879.00 |
| * 07/28/15 | 300002 | ERIC J. NIMS TRUSTEE<br>P.O. BOX 873<br>LINDEN, CA 95236 | Chapter 7 Compensation/Fees | 2100-003 | | -300.00 | 1,179.00 |
| * 07/28/15 | 300003 | ERIC J. NIMS TRUSTEE<br>P.O. BOX 873<br>LINDEN, CA 95236 | Chapter 7 Expenses | 2200-003 | | 23.00 | 1,156.00 |
| * 07/28/15 | 300003 | ERIC J. NIMS TRUSTEE<br>P.O. BOX 873<br>LINDEN, CA 95236 | Chapter 7 Expenses | 2200-003 | | -23.00 | 1,179.00 |
| 07/28/15 | 300004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 000001, Payment 2.43668%<br>FINAL DISTRIBUTION<br>DIGITS):7221 | 7100-000 | | 258.23 | 920.77 |
| 07/28/15 | 300005 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET<br>STOP CODE 3105<br>OMAHA, NE 68197 | Claim 000003, Payment 2.43676%<br>FINAL DISTRIBUTION<br>DIGITS):6686 | 7100-000 | | 185.55 | 735.22 |
| 07/28/15 | 300006 | CAVALRY SPV I, LLC, ASSIGNEE OF CAPITAL | Claim 000004, Payment 2.43672% | 7100-000 | | 412.22 | 323.00 |

Page Subtotals  1,200.00  877.00

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-28077 -RSB | Trustee Name: | ERIC J. NIMS TRUSTEE |
|---|---|---|---|
| Case Name: | SHEARER, DONALD JOE | Bank Name: | ASSOCIATED BANK |
| | SHEARER, BARBARA GAIL | Account Number / CD #: | *******2899  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3991 | | |
| For Period Ending: | 10/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE 200<br>TUCSON, AZ 85712 | FINAL DISTRIBUTION<br>DIGITS):2747 | | | | |
| 09/09/15 | 300007 | Eric J. Nims Trustee<br>P.O. Box 873<br>Linden, CA 95236 | FINAL DISTRIBUTION | 2100-000 | | 300.00 | 23.00 |
| 09/09/15 | 300008 | Eric J. Nims Trustee<br>P.O. Box 873<br>Linden, CA  95236 | FINAL DISTRIBUTION | 2200-000 | | 23.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,200.00 | 1,200.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,200.00 | 1,200.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,200.00 | 1,200.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2899 | 1,200.00 | 1,200.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,200.00 | 1,200.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        323.00

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*